UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDALL G. BROWN, #38339 | )<br>)<br>) |
| Plaintiff, | ) 3:11-cv-00151-RCJ-VPC |
| vs. | ) |
| ROBERT BANNISTER, et al., | ) **ORDER** |
| Defendants. | ) |

On April 1, 2011 the court issued an Order granting defendants motion for reconsideration (docket #7). Plaintiff has filed a motion to strike motion for reconsideration (docket #8). The motion for reconsideration has already been granted, moreover, the court has reviewed plaintiff's motion and finds it meritless. Accordingly, plaintiff's motion to strike is denied.

**IT IS THEREFORE ORDERED** that plaintiff's motion to strike motion for reconsideration (docket #8) is **DENIED**.

DATED this 14th day of April, 2011.

UNITED STATES MAGISTRATE JUDGE