UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| RANDALL BROWN, | ) | 3:11-CV-0151-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | September 19, 2011 |
| | ) | |
| ROBERT BANNISTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for enlargement of time to complete discovery (#17) is **GRANTED in part**. On or before **Friday, October 7, 2011**, defendants shall answer the written discovery served on them by the plaintiff in mid-August. Plaintiff shall not be permitted to conduct any further discovery.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
      Deputy Clerk