UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

RANDALL BROWN,)
)
Plaintiff,)
)
vs.)
)
ROBERT BANNISTER, et al.,)
)
Defendants.)
)

3:11-CV-0151-RCJ (VPC)

**MINUTES OF THE COURT**

December 27, 2011

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants filed a motion for leave to file Exhibits A and B *under seal* in support of defendants' motion for summary judgment (#23). No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore,

**IT IS ORDERED** that defendants' motion for leave to file Exhibits A and B *under seal* (#23) is **GRANTED**. The exhibits (#24) are filed and shall remain under seal.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:_____/s/_____
Deputy Clerk